| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Asnaco LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1217426** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**160 Cypress Point Parkway**<br>**Suite C-217**<br>**Palm Coast, FL**  ZIP Code **32164** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Flagler** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 953966**<br>**Palm Coast, FL**  ZIP Code **32164** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Asnaco LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b></td><td align="center"><b>Exhibit B</b></td></tr>
<tr><td>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td><td>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____<br>    Signature of Attorney for Debtor(s)        (Date)

</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Asnaco LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Walter J. Snell**
Signature of Attorney for Debtor(s)

**Walter J. Snell 0729630**
Printed Name of Attorney for Debtor(s)

**Snell and Snell, P.A.**
Firm Name

**436 N Peninsula Drive**
**Daytona Beach, FL 32118**

_____
Address

**Email: snellandsnell@mindspring.com**
**386-255-5334  Fax: 386-255-5335**
Telephone Number

**March 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bhagwan C. Asnani**
Signature of Authorized Individual

**Bhagwan C. Asnani**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 19, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Asnaco LLC**                    Case No. _____

                                  Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Airan2 c/o D.S. Dar Airan, Esquire Plaza San Remo 6705 S.W. 57th Avenue #310 Miami, FL 33143** | **Airan2 c/o D.S. Dar Airan, Esquire Plaza San Remo Miami, FL 33143** | **Attorney's Fees** | **Disputed** | **47,014.16** |
| **American Express PO Box 981537 El Paso, TX 79998-1537** | **American Express PO Box 981537 El Paso, TX 79998-1537** | **Credit Card** | **Disputed** | **308,261.00** |
| **BB & T Bankruptcy Dept Po Box 1847 Wilson, NC 27894** | **BB & T Bankruptcy Dept Po Box 1847 Wilson, NC 27894** | **CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST O** | **Disputed** | **12,934,195.98**<br><br>**(11,180,000.00 secured)** |
| **BB & T Bankruptcy Dept Po Box 1847 Wilson, NC 27894** | **BB & T Bankruptcy Dept Po Box 1847 Wilson, NC 27894** | **Promissory Note as Co-Borrower/Guarantor on loan extended to Interstate Holdings, Inc.** | **Disputed** | **742,145.83** |
| **BB & T Bankruptcy Dept Po Box 1847 Wilson, NC 27894** | **BB & T Bankruptcy Dept Po Box 1847 Wilson, NC 27894** | **Promissory Note as Co-Borrower/Guarantor on loan extended to Lake Apartments, LLC** | **Disputed** | **552,500.00** |
| **Byrd Nest Shop 160 Cypress Point Parkway Unit A108 Palm Coast, FL 32164** | **Byrd Nest Shop 160 Cypress Point Parkway Unit A108 Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **4,724.00** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **CMP Commercial Condominium A 160 Cypress Point Parkway Suite C217 Palm Coast, FL 32164** | **CMP Commercial Condominium A 160 Cypress Point Parkway Suite C217 Palm Coast, FL 32164** | **CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST O** | | **235,664.99 (11,180,000.00 secured) (16,762,308.55 senior lien)** |
| **Confident Care 160 Cypress Point Parkway Unit A207 Palm Coast, FL 32164** | **Confident Care 160 Cypress Point Parkway Unit A207 Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **3,156.50** |
| **Dominics Deli 160 Cypress Point Parkway Unit B101 Palm Coast, FL 32164** | **Dominics Deli 160 Cypress Point Parkway Unit B101 Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **9,784.00** |
| **Emmet J. Foster, as Trustee 1053 Maitland Center Commons Suite 200 Maitland, FL 32751** | **Emmet J. Foster, as Trustee 1053 Maitland Center Commons Suite 200 Maitland, FL 32751** | **CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST O** | **Disputed** | **3,828,112.57 (11,180,000.00 secured) (12,934,195.98 senior lien)** |
| **Follow His Lead 160 Cypress Point Parkway Unit A214 Palm Coast, FL 32164** | **Follow His Lead 160 Cypress Point Parkway Unit A214 Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **3,664.37** |
| **GreenScape TLC LLC 77 Fleetwood Drive Palm Coast, FL 32137** | **GreenScape TLC LLC 77 Fleetwood Drive Palm Coast, FL 32137** | **Trade debt** | **Disputed** | **29,000.00** |
| **Interstate Holdings, Inc. PO Box 973966 Lake Mary, FL 32795** | **Interstate Holdings, Inc. PO Box 973966 Lake Mary, FL 32795** | **Business Loan** | | **3,119,627.00** |
| **Mastercraft 887 Brentwood Drive Daytona Beach, FL 32117** | **Mastercraft 887 Brentwood Drive Daytona Beach, FL 32117** | **Trade debt** | **Disputed** | **13,628.83** |
| **Mia Bella 160 Cypress Point Parkway Unit D201 Palm Coast, FL 32164** | **Mia Bella 160 Cypress Point Parkway Unit D201 Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **3,816.00** |

In re    **Asnaco LLC**             Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Palm Coast Hearing**<br>**160 Cypress Point Parkway**<br>**Unit A206**<br>**Palm Coast, FL 32164** | **Palm Coast Hearing**<br>**160 Cypress Point Parkway**<br>**Unit A206**<br>**Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **3,706.00** |
| **Sophaney Kes**<br>**160 Cypress Point Parkway**<br>**Unit A111**<br>**Palm Coast, FL 32164** | **Sophaney Kes**<br>**160 Cypress Point Parkway**<br>**Unit A111**<br>**Palm Coast, FL 32164** | **Lease Security Deposit** | **Contingent Disputed** | **4,200.00** |
| **Steven Ponder, Esquire**<br>**114 S. Palmetto Avenue**<br>**Daytona Beach, FL 32114** | **Steven Ponder, Esquire**<br>**114 S. Palmetto Avenue**<br>**Daytona Beach, FL 32114** | **Attorney's Fees** | **Contingent Disputed** | **5,506.91** |
| **T Con Group**<br>**c/o Thomas Scaglione**<br>**15 Bellmore Place**<br>**Palm Coast, FL 32137** | **T Con Group**<br>**c/o Thomas Scaglione**<br>**15 Bellmore Place**<br>**Palm Coast, FL 32137** | **Business Debt** | **Contingent Disputed** | **15,725.00** |
| **William Bosch, Esquire**<br>**4488 North Oceanshore Blvd.**<br>**Palm Coast, FL 32137** | **William Bosch, Esquire**<br>**4488 North Oceanshore Blvd.**<br>**Palm Coast, FL 32137** | **Attorney's Fees** | | **16,842.34** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 19, 2011**            Signature    **/s/ Bhagwan C. Asnani**

                                                    **Bhagwan C. Asnani**
                                                    **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Asnaco LLC**
_____,
                          Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 11,180,000.00 | | |
| B - Personal Property | Yes | 4 | 117,893.77 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,997,973.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 4,930,143.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 11,297,893.77 | | |
| | | | Total Liabilities | 21,928,116.95 | |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Asnaco LLC**                                       ,

Case No. _____

                                      Debtor

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Asnaco LLC** , Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST OR 1365/1645) INCLUDES CONDOMINIUM UNITS A103-A105,A107-A108,A110-A114, A201-A214,B101-B110,B201-B209, B301-B306,C101-C105,C107-C112, C206-C207,C214-C217,D102-D104, D107-D109,D111-D115,D201-D203, D208,D210-D213 Location: 160 Cypress Point parkway, Palm Coast, Florida** | **Fee simple** | **-** | **11,180,000.00** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **11,180,000.00** | (Total of this page) |
| Total > | **11,180,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

In re   **Asnaco LLC**                                             Case No. _____

                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**First National Bank of Central Florida**<br>**369 N. New York Avenue**<br>**Winter Park, Florida 32789** | - | 1,094.49 |
| | | **Checking Account**<br>**Seaside National Bank & Trust**<br>**201 South Orange Avenue**<br>**Orlando, FL. 32801** | - | 5,752.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility Deposits** | - | 4,909.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **11,755.99**
(Total of this page)

   **3**   continuation sheets attached to the Schedule of Personal Property

In re   **Asnaco LLC** _____,    Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Prudential Warren Realty 1 Florida Park Drive South Suite One Palm Coast, Florida 32164 Escrow Settlements | - | 20,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                            Sub-Total >       **20,000.00**
                                               (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Asnaco LLC**
_____,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Rental Payments due to Debtor as ordered by Circuit Court Flagler County Clerk of Court Depository Seventh Judicial Circuit, Flagler County, Florida** | - | 61,342.87 |
| | | **Escrow deposit settlements from cancelled sales contracts Chiumento, Guntharp & Sellis, P.L. 145 City Place, Suite 301 Palm Coast, Florida 32164** | - | 24,044.91 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Desktop Computer; Printer; General Office Supplies** | - | 750.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    86,137.78
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Asnaco LLC**                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **117,893.77** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Asnaco LLC**                Case No. _____

_____,

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules. Report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001** <br><br> **BB & T** <br> **Bankruptcy Dept** <br> **Po Box 1847** <br> **Wilson, NC 27894** | X | - | **First Mortgage** <br> CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST OR 1365/1645) INCLUDES CONDOMINIUM UNITS A103-A105,A107-A108,A110-A114, | | | X | | |
| | | | Value $    **11,180,000.00** | | | | 12,934,195.98 | 1,754,195.98 |
| Account No. <br><br> **CMP Commercial Condominium A** <br> **160 Cypress Point Parkway** <br> **Suite C217** <br> **Palm Coast, FL 32164** | | - | **Statutory Lien/Condominium Dues & Assessments** <br> CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST OR 1365/1645) INCLUDES CONDOMINIUM UNITS | | | | | |
| | | | Value $    **11,180,000.00** | | | | 235,664.99 | 235,664.99 |
| Account No. <br><br> **Emmet J. Foster, as Trustee** <br> **1053 Maitland Center Commons** <br> **Suite 200** <br> **Maitland, FL 32751** | X | - | **Mortgage** <br> CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST OR 1365/1645) INCLUDES CONDOMINIUM UNITS A103-A105,A107-A108,A110-A114, | | | X | | |
| | | | Value $    **11,180,000.00** | | | | 3,828,112.57 | 3,828,112.57 |
| Account No. <br><br> **RLK, Inc.** <br> **1053 Maitland Center Commons** <br> **Suite 200** <br> **Maitland, FL 32751** | | - | **UCC 1 Personal Property Lien** <br> CITY WALK (INFORMAL PLAT) MB 1 PG 43 PARCEL B 13.71 ACRES (EXC SLIVER ALONG CYPRESS POINT PKWY, PARCEL 1 BEING 0.0 7 AC DEEDED TO CITY OF PALM COAST OR 1365/1645) INCLUDES CONDOMINIUM UNITS A103-A105,A107-A108,A110-A114, | | | X | | |
| | | | Value $    **11,180,000.00** | | | | Unknown | Unknown |

   **0**    continuation sheets attached

| | Subtotal <br> (Total of this page) | 16,997,973.54 | 5,817,973.54 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 16,997,973.54 | 5,817,973.54 |

In re    **Asnaco LLC**                                             ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__ continuation sheets attached

In re   **Asnaco LLC**                                   ,       Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Agents Choice** <br>**160 Cypress Point Parkway** <br>**Unit A202** <br>**Palm Coast, FL 32164** | | - | | | **Lease Security Deposit** | X | | X | 500.00 |
| Account No. <br><br>**Airan2** <br>**c/o D.S. Dar Airan, Esquire** <br>**Plaza San Remo** <br>**6705 S.W. 57th Avenue #310** <br>**Miami, FL 33143** | | - | | | **Attorney's Fees** | | | X | 47,014.16 |
| Account No. <br><br>**American Express** <br>**PO Box 981537** <br>**El Paso, TX 79998-1537** | | - | | | **Credit Card** | | | X | 308,261.00 |
| Account No. **xxxxxxxxxxx0001** <br><br>**BB & T** <br>**Bankruptcy Dept** <br>**Po Box 1847** <br>**Wilson, NC 27894** | X | - | | | **Promissory Note as Co-Borrower/Guarantor on loan extended to Lake Apartments, LLC** | | | X | 552,500.00 |

  **_7_**  continuation sheets attached

Subtotal
(Total of this page)      **908,275.16**

In re **Asnaco LLC** ,                    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001**<br><br>**BB & T**<br>**Bankruptcy Dept**<br>**Po Box 1847**<br>**Wilson, NC 27894** | X | - | **Promissory Note as Co-Borrower/Guarantor on loan extended to Interstate Holdings, Inc.** | | | X | 742,145.83 |
| Account No.<br><br>**Berry Haus**<br>**200 Riverfront**<br>**Unit C-301**<br>**Palm Coast, FL 32137** | | - | **Rent Payment Refund** | | | | 1,837.50 |
| Account No.<br><br>**Byrd Nest Shop**<br>**160 Cypress Point Parkway**<br>**Unit A108**<br>**Palm Coast, FL 32164** | | - | **Lease Security Deposit** | X | | X | 4,724.00 |
| Account No.<br><br>**Chabad of Daytona**<br>**160 Cypress Point Parkway**<br>**Unit B203**<br>**Palm Coast, FL 32164** | | - | **Lease Security Deposit** | X | | X | 500.00 |
| Account No.<br><br>**Confident Care**<br>**160 Cypress Point Parkway**<br>**Unit A207**<br>**Palm Coast, FL 32164** | | - | **Lease Security Deposit** | X | | X | 3,156.50 |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    752,363.83

In re   **Asnaco LLC**                                      ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lease Security Deposit | | | | |
| Cyber Cafe 160 Cypress Point Parkway Unit A114 Palm Coast, FL 32164 | - | | | X | | X | 2,937.00 |
| Account No. | | | Lease Security Deposit | | | | |
| Dominics Deli 160 Cypress Point Parkway Unit B101 Palm Coast, FL 32164 | - | | | X | | X | 9,784.00 |
| Account No. | | | Lease Security Deposit | | | | |
| El Cancoon 160 Cypress Point Parkway Palm Coast, FL 32164 | - | | | X | | X | 2,262.50 |
| Account No. | | | Lease Security Deposit | | | | |
| European Deli 160 Cypress Point Parkway Unit C105 Palm Coast, FL 32164 | - | | | X | | X | 2,808.74 |
| Account No. | | | Lease Security Deposit | | | | |
| Executive Accounting 160 Cypress Point Parkway Unit D109 Palm Coast, FL 32164 | - | | | X | | X | 1,635.42 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **19,427.66**

In re **Asnaco LLC** ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Flagler Art League<br>160 Cypress Point Parkway<br>Unit C206<br>Palm Coast, FL 32164 | - | | | Lease Security Deposit | X | | X | 3,000.00 |
| Account No.<br><br>Follow His Lead<br>160 Cypress Point Parkway<br>Unit A214<br>Palm Coast, FL 32164 | - | | | Lease Security Deposit | X | | X | 3,664.37 |
| Account No.<br><br>Ginger Root<br>160 Cypress Point Parkway<br>Unit D114<br>Palm Coast, FL 32164 | - | | | Lease Security Deposit | X | | X | 800.00 |
| Account No.<br><br>Gowri Jaisingham<br>13510 Sequoia Lea Drive<br>Clifton, VA 20124 | - | | | Business Loan | | | | 3,000.00 |
| Account No.<br><br>GreenScape TLC LLC<br>77 Fleetwood Drive<br>Palm Coast, FL 32137 | - | | | Trade debt | | | X | 29,000.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       **39,464.37**
(Total of this page)

In re __Asnaco LLC_____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Lease Security Deposit | | | | |
| Insurance Associates 160 Cypress Point Parkway Unit A112 Palm Coast, FL 32164 | - | | | | | X | | X | 2,520.00 |
| Account No. | | | | | Business Loan | | | | |
| Interstate Holdings, Inc. PO Box 973966 Lake Mary, FL 32795 | - | | | | | | | | 3,119,627.00 |
| Account No. | | | | | Lease Security Deposit | | | | |
| Jackie Celenstine 160 Cypress Point Parkway Unit A110 Palm Coast, FL 32164 | - | | | | | X | | X | 2,675.00 |
| Account No. | | | | | Lease Security Deposit | | | | |
| Ken Smart 160 Cypress Point Parkway Unit D111 Palm Coast, FL 32164 | - | | | | | X | | X | 1,560.00 |
| Account No. | | | | | Lease Security Deposit | | | | |
| Kingdom of Heaven 160 Cypress Point Parkway Unit A210 Palm Coast, FL 32164 | - | | | | | X | | X | 2,800.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,129,182.00

In re **Asnaco LLC** _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lease Security Deposit | | | | |
| Marcus Taylor 160 Cypress Point Parkway Unit D107 Palm Coast, FL 32164 | | - | | | X | | X | 3,018.24 |
| Account No. | | | | Trade debt | | | | |
| Mastercraft 887 Brentwood Drive Daytona Beach, FL 32117 | | - | | | | | X | 13,628.83 |
| Account No. | | | | Lease Security Deposit | | | | |
| Mia Bella 160 Cypress Point Parkway Unit D201 Palm Coast, FL 32164 | | - | | | X | | X | 3,816.00 |
| Account No. | | | | Lease Security Deposit | | | | |
| Nargiza Ayupova 160 Cypress Point Parkway Unit A201 Palm Coast, FL 32164 | | - | | | X | | X | 1,670.00 |
| Account No. | | | | Lease Security Deposit | | | | |
| Palm Coast Hearing 160 Cypress Point Parkway Unit A206 Palm Coast, FL 32164 | | - | | | X | | X | 3,706.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  25,839.07

In re **Asnaco LLC** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | Lease Security Deposit | | | | |
| Palm Coast Learning 160 Cypress Point Parkway Unit A206 Palm Coast, FL 32164 | - | | | | | | X | | X | 2,431.24 |
| Account No. | | | | | | Lease Security Deposit | | | | |
| Richard Campbell 160 Cypress Point Parkway Palm Coast, FL 32164 | - | | | | | | X | | X | 2,000.00 |
| Account No. | | | | | | Lease Security Deposit | | | | |
| Scifco 160 Cypress Point Parkway Unit C102 Palm Coast, FL 32164 | - | | | | | | X | | X | 2,940.00 |
| Account No. | | | | | | Lease Security Deposit | | | | |
| Seafood 160 Cypress Point Parkway Unit C110 Palm Coast, FL 32164 | - | | | | | | X | | X | 2,000.00 |
| Account No. | | | | | | Lease Security Deposit | | | | |
| Sophaney Kes 160 Cypress Point Parkway Unit A111 Palm Coast, FL 32164 | - | | | | | | X | | X | 4,200.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 13,571.24

In re **Asnaco LLC** ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Attorney's Fees | | | | |
| Steven Ponder, Esquire 114 S. Palmetto Avenue Daytona Beach, FL 32114 | - | | | | X | | X | 5,506.91 |
| Account No. | | | | Business Debt | | | | |
| T Con Group c/o Thomas Scaglione 15 Bellmore Place Palm Coast, FL 32137 | - | | | | X | | X | 15,725.00 |
| Account No. | | | | Lease Security Deposit | | | | |
| Unic Urban 160 Cypress Point Parkway Unit D115 Palm Coast, FL 32164 | - | | | | X | | X | 1,000.00 |
| Account No. | | | | Lease Security Deposit | | | | |
| Virtual Homes 160 Cypress Point Parkway Unit B202 Palm Coast, FL 32164 | - | | | | X | | X | 2,945.83 |
| Account No. | | | | Attorney's Fees | | | | |
| William Bosch, Esquire 4488 North Oceanshore Blvd. Palm Coast, FL 32137 | - | | | | | | | 16,842.34 |

| Sheet no. _7_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 42,020.08 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 4,930,143.41 |

In re    __Asnaco LLC_____,    Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Agents Choice**<br>**160 Cypress Point Parkway**<br>**Unit A202**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/01/2010-11/31/2011**<br>**Debtor/Owner and Lessor** |
| **Byrd Nest Shop**<br>**160 Cypress Point Parkway**<br>**Unit A108**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 08/01/2009-10/01/2011**<br>**Debtor/Owner and Lessor** |
| **Chabad of Daytona**<br>**160 Cypress Point Parkway**<br>**Unit B203**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 12/01/2010-11/30/2011**<br>**Debtor/Owner and Lessor** |
| **City of Palm Coast**<br>**160 Cypress Point Parkway**<br>**Unit B106**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 10/16/2008-10/30/2011**<br>**Debtor/Owner and Lessor** |
| **Confident Care**<br>**160 Cypress Point Parkway**<br>**Unit A207**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 07/01/2010-12/31/2010**<br>**Debtor/Owner and Lessor** |
| **Cyber Cafe**<br>**160 Cypress Point Parkway**<br>**Unit A114**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/05/2010-01/14/2014**<br>**Debtor/Owner and Lessor** |
| **Dominics Deli**<br>**160 Cypress Point Parkway**<br>**Unit B101**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/11/2012-12/31/2013**<br>**Debtor/Owner and Lessor** |
| **El Cancoon**<br>**160 Cypress Point Parkway**<br>**Unit A105**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 03/07/2011-03/07/2013**<br>**Debtor/Owner and Lessor** |
| **El Cancoon**<br>**160 Cypress Point Parkway**<br>**D109**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: Monthly**<br>**Debtor/Owner and Lessor** |

  **3**

  _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Asnaco LLC**                                      ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **European Deli**<br>**160 Cypress Point Parkway**<br>**Unit C105**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 12/01/2009-06/01/2013**<br>**Debtor/Owner and Lessor** |
| **Executive Accounting**<br>**160 Cypress Point Parkway**<br>**Unit D109**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: Monthly**<br>**Debtor/Owner and Lessor** |
| **Farmers Market**<br>**160 Cypress Point Parkway**<br>**Unit D102**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: Monthly**<br>**Debtor/Owner and Lessor** |
| **Flagler Art League**<br>**160 Cypress Point Parkway**<br>**Unit C206**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 08/01/2010-07/30/2013**<br>**Debtor/Owner and Lessor** |
| **Follow His Lead**<br>**160 Cypress Point Parkway**<br>**Unit A214**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/01/2009-01/01/2012**<br>**Debtor/Owner and Lessor** |
| **Ginger Root**<br>**160 Cypress Point Parkway**<br>**Unit D114**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 11/01/2009-04/01/2012**<br>**Debtor/Owner and Lessor** |
| **Hollingworth Gallery**<br>**160 Cypress Point Parkway**<br>**B206/B210**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: Unit B206 & Unit B210 Month to Month**<br>**Tenancy**<br>**Debtor/Owner and Lessor** |
| **Insurance Associates**<br>**160 Cypress Point Parkway**<br>**Unit A112**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/12/2009-01/12/2012**<br>**Debtor/Owner and Lessor** |
| **Interstate Holdings**<br>**PO Box 973966**<br>**Lake Mary, FL 32795** | **Property Management Services** |
| **Jackie Celenstine**<br>**160 Cypress Point Parkway**<br>**Unit A110**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 03/01/2011-03/01/2012**<br>**Debtor/Owner and Lessor** |
| **Ken Smart**<br>**160 Cypress Point Parkway**<br>**Unit D111**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 04/01/2009-01/01/2012**<br>**Debtor/Owner and Lessor** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Asnaco LLC**                                         ,    Case No. _____

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Kingdom of Heaven**<br>**160 Cypress Point Parkway**<br>**Unit A210**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 07/01/2009-07/01/2012**<br>**Debtor/Owner and Lessor** |
| **Marcus Taylor**<br>**160 Cypress Point Parkway**<br>**Unit D107**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: Monthly**<br>**Debtor/Owner and Lessor** |
| **McKim & Creed**<br>**160 Cypress Point Parkway**<br>**Unit C214**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 07/01/2010-06/30/2013**<br>**Debtor/Owner and Lessor** |
| **Mia Bella**<br>**160 Cypress Point Parkway**<br>**Unit D201**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/01/2010-12/01/2011**<br>**Debtor/Owner and Lessor** |
| **Nargiza Ayupova**<br>**160 Cypress Point Parkway**<br>**Unit A201**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 04/012009-04/01/2012**<br>**Debtor/Owner and Lessor** |
| **Palm Coast Learning**<br>**160 Cypress Point Parkway**<br>**Unit A206**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 07/01/2010-06/30/2010**<br>**Debtor/Owner and Lessor** |
| **Richard Campbell**<br>**160 Cypress Point Parkway**<br>**A103**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 12/01/2009-12/01/2012**<br>**Debtor/Owner and Lessor** |
| **Scifco**<br>**160 Cypress Point Parkway**<br>**Unit C102**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 05/01/2010-04/30/2013**<br>**Debtor/Owner and Lessor** |
| **Seafood**<br>**160 Cypress Point Parkway**<br>**Unit C110**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 12/01/2009-11/30/2012**<br>**Debtor/Owner and Lessor** |
| **Sophaney Kes**<br>**160 Cypress Point Parkway**<br>**Unit A111**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 01/15/2009-01/15/2012**<br>**Debtor/Owner and Lessor** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re **Asnaco LLC** , Case No. _____
                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Unic Urban**<br>**160 Cypress Point Parkway**<br>**Unit D115**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 12/01/2009-11/01/2011**<br>**Debtor/Owner and Lessor** |
| **Virtual Homes**<br>**160 Cypress Point Parkway**<br>**Unit B202**<br>**Palm Coast, FL 32164** | **Commercial Real Property Lease**<br>**Term: 03/24/2009-03/23/2012**<br>**Debtor/Owner and Lessor** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Asnaco LLC**                                         ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bhagwan Asnani**<br>**PO Box 973966**<br>**Lake Mary, FL 32795** | **BB & T**<br>**Bankruptcy Dept**<br>**Po Box 1847**<br>**Wilson, NC 27894** |
| **Bhagwan Asnani**<br>**PO Box 973966**<br>**Lake Mary, FL 32795** | **Emmet J. Foster, as Trustee**<br>**1053 Maitland Center Commons**<br>**Suite 200**<br>**Maitland, FL 32751** |
| **Interstate Holdings, Inc.**<br>**PO Box 973966**<br>**Lake Mary, FL 32795** | **BB & T**<br>**Bankruptcy Dept**<br>**Po Box 1847**<br>**Wilson, NC 27894** |
| **Lake Apartments LLC**<br>**PO Box 953966**<br>**Palm Coast, FL 32164** | **BB & T**<br>**Bankruptcy Dept**<br>**Po Box 1847**<br>**Wilson, NC 27894** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re    **Asnaco LLC**                              Case No. _____

                                     Debtor(s)            Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **22**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 19, 2011**                            Signature    **/s/ Bhagwan C. Asnani**

                                                      **Bhagwan C. Asnani**

                                                      **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Asnaco LLC**        Case No.

                         Debtor(s)         Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$115,577.79** | **2011 YTD: Debtor Business Income** |
| **$596,902.66** | **2010: Debtor Business Income** |
| **$680,925.00** | **2009: Debtor Business Income** |

---

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT          SOURCE

### 3. Payments to creditors

None
■  *Complete a. or b., as appropriate, and c.*

  a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **GREEENSCAPE TLC LLC vs. ASNACO LLC 2008 CA 000554** | **Complaint** | **County Court, Seventh Judicial Circuit, Flagler County, Florida** | **Non-Jury Trial Schedule 04/25/2011** |
| **EMMETT J FOSTER AS TRUSTEE OF EMMETT J FOSTER REVO vs. ASNACO LLC 2010 CA 000670** | **Commercial Foreclosure** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **CHIUMENTO & ASSOCIATES, P.A., vs. SELSKY, ALEXANDER 2009 CC 000730** | **Interpleader Action** | **County Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **CHIUMENTO & GUNTHARP, P.A. vs. KRAKHMALNIKOV, GRIGORIY 2009 CC 000729** | **Interpleader Action** | **County Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **CHIUMENTO & GUNTHARP, P.A. vs. ALMCRAFT, INC. 2009 CC 000728** | **Interpleader** | **County Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **EMMETT J FOSTER AS TRUSTEE OF EMMETT J FOSTER REVO vs. ASNACO LLC 2009 CA 002988** | **Commercial Foreclosure** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **EMMETT J FOSTER AS TRUSTEE OF EMMETT J FOSTER REVO vs. USIND LLC**<br>**2009 CA 002959** | **Commercial Foreclosure** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **BRANCH BANKING AND TRUST 0 vs. ASNACO LLC**<br>**2009 CA 000783** | **Commercial Foreclosure** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Final Summary Judgment of Foreclosure entered 12/20/2010 Appeal of Final Summary Judgment of Foreclosure pending in The Fifth District Court of Appeal, State of Florida, Appellate Case No.: 5D10-4373** |
| **TORRES, JOAQUIN vs. ASNACO LLC**<br>**2009 CA 000385** | **Contract Indebtedness** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **ASNACO LLC vs. LIU, JIN QIU**<br>**2008 CA 003147** | **Contract and Indebtedness** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **ASNACO LLC vs. WARREN REAL ESTATE OF FLORIDA INC**<br>**2008 CA 002185** | **Contract and Indebtedness** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **YEGOROV, ALEXANDER vs. ASNACO LLC**<br>**2008 CA 000856** | **Contract and Indebtedness** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **SZCZYKOWSKA, AGATA vs. ASNACO LLC**<br>**2008 CA 000655** | **Contract and Indebtedness** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **WARREN REAL ESTATE OF FLORIDA INC vs. ASNACO LLC**<br>**2008 CA 000336** | **Civil** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **TSINIS, ARKADIY vs. MANFRE - THIRD PARTY, CORNELIA**<br>**2008 CA 000125** | **Contract** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **HOK, DANNY vs. ASNACO LLC**<br>**2007 CA 003361** | **Contract** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **STIER, PAUL vs. ASNACO LLC**<br>**2007 CA 003133** | **Foreclosure** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **KIMERAC, KUNTHEA S vs. ASNACO LLC**<br>**2007 CA 002557** | **Civil** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |
| **JONES, ROGER vs. ASNACO LLC**<br>**2007 CA 002556** | **Civil** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **J & K KELEMEN ASSOC INC vs. ASNACO LLC 2007 CA 002482** | **Civil** | **Circuit Court, Seventh Judicial Circuit, Flagler County, Florida** | **Pending** |

**Summary**

**Additional Cases**

**& K KELEMEN ASSOC INC vs. ASNACO LLC**

**Summary**

**Additional Cases**

**J & K KELEMEN ASSOC INC vs. ASNACO LLC 2007 CA 002482**

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Snell & Snell, P.A.**<br>**436 N. Peninsula Drive**<br>**Daytona Beach, FL 32118** | **03/17/2011** | **$20,000.00 Attorney's Fee**<br>**$1,500.00 Filing Fee and Costs** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tiger Tooth Tax Consulting**<br>**PO Box 214432**<br>**Daytona Beach, FL 32121** | **2004-Present**<br>**Bookkeeping Services & Tax**<br>**Preparation** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Tiger Tooth Tax Consulting** | **PO Box 214432**<br>**Daytona Beach, FL 32121** | **2004-Present**<br>**Bookkeeping Services & Tax**<br>**Preparation** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Bhagwan Asnani** | **PO Box 973966**<br>**Lake Mary, FL 32795** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BB & T**<br>**Po Box 1847**<br>**Wilson, NC 27894** | **2009** |

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bhagwan Asnani**<br>**PO Box 973966**<br>**Lake Mary, FL 32795** | **Managing Member** | **99% Share Ownership** |
| **Interstate Holdings, Inc.**<br>**PO Box 973966**<br>**Lake Mary, FL 32795** | **Shareholder** | **1% Share Ownership** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 19, 2011**                         Signature    **/s/ Bhagwan C. Asnani**

                                                                    **Bhagwan C. Asnani**
                                                                    **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Asnaco LLC** _____ ,

                                      Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Bhagwan Asnani<br>PO Box 973966<br>Lake Mary, FL 32795** | **Common** | **99** | **Equity Holder** |
| **Interstate Holdings, Inc.<br>PO Box 973966<br>Lake Mary, FL 32795** | **Common** | **1** | **Equity Holder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **March 19, 2011** _____

Signature _**/s/ Bhagwan C. Asnani**_____
                                    **Bhagwan C. Asnani**
                                    **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    **Asnaco LLC**                                   Case No. _____
                                        Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 19, 2011**                     **/s/ Bhagwan C. Asnani**
                                             **Bhagwan C. Asnani/Manager**
                                             Signer/Title

Asnaco LLC
PO Box 953966
Palm Coast, FL 32164

Byrd Nest Shop
160 Cypress Point Parkway
Unit A108
Palm Coast, FL 32164

El Cancoon
160 Cypress Point Parkway
D109
Palm Coast, FL 32164

Walter J. Snell
Snell and Snell, P.A.
436 N Peninsula Drive
Daytona Beach, FL 32118

Chabad of Daytona
160 Cypress Point Parkway
Unit B203
Palm Coast, FL 32164

Emmet J. Foster, as Trustee
1053 Maitland Center Commons
Suite 200
Maitland, FL 32751

Agents Choice
160 Cypress Point Parkway
Unit A202
Palm Coast, FL 32164

City of Palm Coast
160 Cypress Point Parkway
Unit B106
Palm Coast, FL 32164

European Deli
160 Cypress Point Parkway
Unit C105
Palm Coast, FL 32164

Airan2
c/o D.S. Dar Airan, Esquire
Plaza San Remo
6705 S.W. 57th Avenue #310
Miami, FL 33143

CMP Commercial Condominium A
160 Cypress Point Parkway
Suite C217
Palm Coast, FL 32164

Executive Accounting
160 Cypress Point Parkway
Unit D109
Palm Coast, FL 32164

American Express
PO Box 981537
El Paso, TX 79998-1537

Confident Care
160 Cypress Point Parkway
Unit A207
Palm Coast, FL 32164

Farmers Market
160 Cypress Point Parkway
Unit D102
Palm Coast, FL 32164

BB & T
Bankruptcy Dept
Po Box 1847
Wilson, NC 27894

Cyber Cafe
160 Cypress Point Parkway
Unit A114
Palm Coast, FL 32164

Flagler Art League
160 Cypress Point Parkway
Unit C206
Palm Coast, FL 32164

Berry Haus
200 Riverfront
Unit C-301
Palm Coast, FL 32137

Dominics Deli
160 Cypress Point Parkway
Unit B101
Palm Coast, FL 32164

Follow His Lead
160 Cypress Point Parkway
Unit A214
Palm Coast, FL 32164

Berry J. Walker, Jr., Esquir
1052 Maitland Center Commons
Suite 200
Maitland, FL 32751

El Cancoon
160 Cypress Point Parkway
Palm Coast, FL 32164

Ginger Root
160 Cypress Point Parkway
Unit D114
Palm Coast, FL 32164

Bhagwan Asnani
PO Box 973966
Lake Mary, FL 32795

El Cancoon
160 Cypress Point Parkway
Unit A105
Palm Coast, FL 32164

Gowri Jaisingham
13510 Sequoia Lea Drive
Clifton, VA 20124

GreenScape TLC LLC
77 Fleetwood Drive
Palm Coast, FL 32137

Lake Apartments LLC
PO Box 953966
Palm Coast, FL 32164

Richard Campbell
160 Cypress Point Parkway
A103
Palm Coast, FL 32164

Hollingworth Gallery
160 Cypress Point Parkway
B206/B210
Palm Coast, FL 32164

Marcus Taylor
160 Cypress Point Parkway
Unit D107
Palm Coast, FL 32164

RLK, Inc.
1053 Maitland Center Commons
Suite 200
Maitland, FL 32751

Insurance Associates
160 Cypress Point Parkway
Unit A112
Palm Coast, FL 32164

Mastercraft
887 Brentwood Drive
Daytona Beach, FL 32117

Scifco
160 Cypress Point Parkway
Unit C102
Palm Coast, FL 32164

Interstate Holdings
PO Box 973966
Lake Mary, FL 32795

McKim & Creed
160 Cypress Point Parkway
Unit C214
Palm Coast, FL 32164

Seafood
160 Cypress Point Parkway
Unit C110
Palm Coast, FL 32164

Interstate Holdings, Inc.
PO Box 973966
Lake Mary, FL 32795

Mia Bella
160 Cypress Point Parkway
Unit D201
Palm Coast, FL 32164

Sean P. Sheppard, Esquire
1301 Plantation Island Dr. S
Saint Augustine, FL 32080

Jackie Celenstine
160 Cypress Point Parkway
Unit A110
Palm Coast, FL 32164

Nargiza Ayupova
160 Cypress Point Parkway
Unit A201
Palm Coast, FL 32164

Sophaney Kes
160 Cypress Point Parkway
Unit A111
Palm Coast, FL 32164

Jason A. Rosenthal, Esquire
The Rosenthal Law Firm
4798 New Broad Street
Suite 310
Orlando, FL 32814

Palm Coast Hearing
160 Cypress Point Parkway
Unit A206
Palm Coast, FL 32164

Steven Ponder, Esquire
114 S. Palmetto Avenue
Daytona Beach, FL 32114

Ken Smart
160 Cypress Point Parkway
Unit D111
Palm Coast, FL 32164

Palm Coast Learning
160 Cypress Point Parkway
Unit A206
Palm Coast, FL 32164

T Con Group
c/o Thomas Scaglione
15 Bellmore Place
Palm Coast, FL 32137

Kingdom of Heaven
160 Cypress Point Parkway
Unit A210
Palm Coast, FL 32164

Richard Campbell
160 Cypress Point Parkway
Palm Coast, FL 32164

Unic Urban
160 Cypress Point Parkway
Unit D115
Palm Coast, FL 32164

Virtual  Homes
160  Cypress  Point  Parkway
Unit  B202
Palm Coast, FL 32164


William  Bosch,  Esquire
4488 North Oceanshore  Blvd.
Palm Coast, FL 32137

# United States Bankruptcy Court
## Middle District of Florida

In re **Asnaco LLC**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 10,000.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 19, 2011**

**/s/ Walter J. Snell**
**Walter J. Snell 0729630**
**Snell and Snell, P.A.**
**436 N Peninsula Drive**
**Daytona Beach, FL 32118**
**386-255-5334  Fax: 386-255-5335**
**snellandsnell@mindspring.com**