UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                  CASE NO.: 3:11-bk-01907-JAF

ASNACO, LLC,                                      Chapter 11

      Debtor.
_____/

## ORDER GRANTING DISMISSAL OF CHAPTER 11 CASE

This case came before the Court upon Motion to Dismiss Case For Bad Faith, filed by Branch Banking and Trust Company ("BB&T") on March 24, 2011 (Doc. No. 11). On April 21, 2011, the Court held a hearing on the Motion and elected to take the matter under advisement. Simultaneously herewith the Court has entered a separate Findings of Fact and Conclusions of Law in which it determined that Debtor's case was filed in bad faith and for the purpose of hindering BB&T's efforts to enforce its rights in its collateral. Upon the foregoing, it is

**ORDERED:**

1. Debtor's Chapter 11 case is dismissed pursuant to Section 1112(b)(1) of the Bankruptcy Code.

2. The automatic stay is lifted as to the Property, as that term is defined in the Findings of Fact and Conclusions of Law entered simultaneously herewith.

DATED this 10th day of June, 2011, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

<u>Attorneys For BB&T</u>:  Jennifer L. Morando, Jason Rosenthal, The Rosenthal Law Firm, P.A., 4798 New Broad Street, Suite 130, Orlando, Florida 32814

<u>Attorney for Debtor</u>:  Walter J. Snell, Snell & Snell, P.A., 436 N. Peninsula Drive, Daytona Beach, FL 32118